UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

In Re: EVA JULIA SZILLERY,    )
                                    )      1:19-cv-00554-JAW
          Appellant.         )

## ORDER DISMISSING BANKRUPTCY APPEAL

On December 2, 2019, Eva Julia Szillery filed a notice of bankruptcy appeal in her bankruptcy case before the United States Bankruptcy Court for the District of Maine (the Bankruptcy Court), *Notice of Appeal and Statement of Election* (ECF No. 1) (*Notice of Appeal*), which was transmitted to the United States District Court for the District of Maine (the District Court) on December 4, 2019, *Notice of Appeal*, Attach. 1 (ECF No. 1), and docketed on December 5, 2019. *Notice of Appeal.* On December 17, 2019, the Bankruptcy Court filed an official transcript of proceedings held on July 25, 2019, before Bankruptcy Judge Michael A. Fagone. *Tr. of Mot. to Reopen Chapter 13 Case and Generic Mot.* (ECF No. 4). On the same day, the Clerk for the Bankruptcy Court filed a certificate of readiness as to the record on appeal. *Transmittal of Record on Appeal* (ECF No. 5). Also on December 17, 2019, the Clerk of Court for the District Court filed a procedural order calling Ms. Szillery's attention "to Bankruptcy Rule 8018, which provides that 'the appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically.' . . . Appellant's brief and appendix are due January 16, 2020." *Bankruptcy Appeal Procedural Order* (ECF No. 6).

On January 2, 2020, the Clerk of Court for the District Court entered an order to show cause pursuant to District of Maine Local Rule 41.1(b), ordering Ms. Szillery

to show cause in writing within fourteen days why, due to her failure to pay the required filing fee, the matter should not be dismissed for lack of prosecution. *Order to Show Cause* (ECF No. 8). On January 16, 2020, the deadline for Ms. Szillery to respond to the Order to Show Cause and to file her appellant's brief and appendix passed. Ms. Szillery has yet to respond to the Order to Show Cause or to file an appellant's brief and appendix.

The Court DISMISSES without prejudice Eva Julia Szillery's Bankruptcy Appeal (ECF No. 1) for lack of prosecution.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2020